# EXHIBIT 1

**PORZIO, BROMBERG & NEWMAN, P.C.**
John S. Mairo, Esq. (Attorney ID 021941994)
David E. Sklar, Esq. (Attorney ID 065882013)
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962-1997
(973) 538-4006
(973) 538-5146 Fax
*Attorneys for Plaintiff, Yuan Mei Corporation*

| | |
|---|---|
| Yuan Mei Corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>Snow Joe, LLC,<br><br>               Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: CIVIL PART<br>HUDSON COUNTY<br>DOCKET NO:<br><br>          CIVIL ACTION<br><br>          **COMPLAINT** |

Plaintiff Yuan Mei Corporation (the "Plaintiff") by way of Complaint against Defendant Snow Joe, LLC (the "Defendant")(collectively, the "Parties") alleges as follows:

## FACTS COMMON TO ALL COUNTS

1.      Plaintiff is a products manufacturer with a principal place of business located at No. 21, Lane 409, Sec.1, Lu Ho Road Lu Kang, Chang Hua, Taiwan, R.O.C.

2.      Upon information and belief, the Defendant owns a series of brands that sells various products to consumers with a principal place of business located at 221 River Street, Hoboken, New Jersey.

## BACKGROUND

3.      Since 2015, the Plaintiff has manufactured products for the Defendant to be sold under the Defendant's brand name.

4.      At various points during the commercial relationship between the Parties, the Parties updated the master vendor agreement governing their commercial relationship.

5.      On or about August 24, 2020, the Parties entered into the latest version of the master vendor agreement (the "Master Vendor Agreement").

6.      The Master Vendor Agreement provides that it "shall be governed by the Laws of the State of New Jersey" and that forum is proper in the New Jersey State Court. *See Master Vendor Agreement, Article XII*.

7.      Pursuant to Article II of the Master Vendor Agreement,

[u]pon the issuance of a Purchase Order by Snow Joe, Vendor[1] shall manufacture, produce, package, ship and sell, and Snow Joe shall purchase, Snow Joe private label products or products under Snow Joe's brand name, as the Snow Joe Purchase Order indicates, at the prices then currently in effect for such products, providing prices are mutually agreed upon between Vendor and Snow Joe. ….Payment terms shall be as set forth on each Purchase Order.

*See id, Article II*.

8.      Under the Master Vendor Agreement, Plaintiff was required to "ensure that its production and inventory of Snow Joe products will be sufficient to meet Snow Joe Purchase Order demands." *See id, Article III*.

9.      The payment terms under the Master Vendor Agreement is net 90 Bill of Lading Date. *See id, Article II*.

10.      In an email sent on April 1, 2023, following various correspondence and a call between the Parties to reconcile amounts due and owing, Paul Riley Jr. ("Mr. Riley"), the Chief Operating Officer of the Defendant, confirmed that the Defendant owes the Plaintiff a past due amount of $7,970,206.50 (the "Defendant's April 1st Email and Prior Related Email Dialogue").

---

[1] In the Master Vendor Agreement, "Vendor" is a defined term referring to the Plaintiff.

7464236

A true copy of the Defendant's April 1st Email and Prior Related Email Dialogue is attached hereto as **Exhibit "A"**.

11.      In an email sent on April 7, 2023, Mr. Riley further confirmed that the Defendant owes the Plaintiff a past due amount of $7,970,206.50 and proposed a payment schedule for the past due amount (the "Defendant's April 7th Email with Debt Acknowledgment and Payment Proposal"). A true copy of the April 7th Email with Debt Acknowledgment and Payment Proposal is attached hereto as **Exhibit "B"**.

12.      In an email dated April 11, 2023, Chad Huang, Plaintiff's Sales Manager, confirmed receipt of the Defendant's April 7th Email with Debt Acknowledgment and Payment Proposal and stated that Plaintiff did not accept Defendant's proposed schedule for paying the past due amount of $7,970,206.50 (the "Plaintiff's April 11th Email"). A true copy of the Plaintiff's April 11th Email is attached hereto as **Exhibit "C"**.

13.      After the Plaintiff's April 11th Email, an additional $367,472.22 owed by the Defendant to the Plaintiff has become past due.

14.      On September 1, 2023, the Plaintiff sent the Defendant a letter demanding payment of $8,337,678.72 (before legal interest, fees and costs) and stating that legal action will be instituted by the Plaintiff if no agreement is reached between the Parties on or before September 15, 2023 regarding repayment of the stated debt amount (the "Demand Letter"). A true copy of the Demand Letter is attached hereto as **Exhibit "D"**.

15.      At present, the Defendant owes the Plaintiff a total amount of $8,337,678.72 in accordance with the Master Vendor Agreement and no agreement has been reached between the Parties regarding repayment of that debt.

7464236

## FIRST COUNT
## (BOOK ACCOUNT)

16.     Plaintiff repeats the allegations set forth above as if fully stated herein.

17.     As set forth above, there is due and owing $8,337,678.72 (before legal interest, fees and costs) by the Defendant to the Plaintiff on a certain book account for goods manufactured by the Plaintiff and provided to the Defendant pursuant to accumulated unpaid invoices.

18.     Payment has been demanded of the Defendant by the Plaintiff towards amounts owed to it by the Defendant and the Defendant has not satisfied its indebtedness to the Plaintiff.

**WHEREFORE**, the Plaintiff demands judgment against the Defendant in the amount of $8,337,678.72, together with lawful interest and costs of suit with amounts continuing to accrue to the extent that amounts owed to the Plaintiff by the Defendant continue to accrue.

## SECOND COUNT
## (UNJUST ENRICHMENT)

19.     Plaintiff repeats the allegations set forth above as if fully stated herein.

20.     As a result of the conduct described above, the Defendant has been and will be unjustly enriched at the expense of the Plaintiff. Specifically, the Plaintiff conferred a benefit upon the Defendant by manufacturing goods and providing them to the Defendant for which it has not been paid. The Defendant has been unjustly enriched by not having paid for the goods that were provided by the Plaintiff.

21.     To allow the Defendant to retain the full value of the benefit conferred, given that the Plaintiff provided goods to the Defendant for which they have not been compensated, would violate an established principle of equity.

22.     To the extent that the Defendant has received goods from the Plaintiff for which the Plaintiff has not been compensated, the Plaintiff has been damaged.

4

7464236

**WHEREFORE**, the Plaintiff demands judgment against the Defendant in the amount of $8,337,678.72, together with lawful interest and costs of suit with amounts continuing to accrue to the extent that amounts owed to the Plaintiff by the Defendant continue to accrue.

## RULE 4:5-1 CERTIFICATION

Pursuant to R. 4:5-1, it is stated that the matter in controversy is not related to any other actions pending in the Superior Court of the State of New Jersey.  Further, other than the parties set forth in this pleading we know of no other parties who should be joined in the above action who may need to be named individually in this matter. In addition, we recognize the continuing obligation of each party to file and serve on all parties and the Court an amended Certification if there is a change in the facts stated in this original Certification.

**PORZIO, BROMBERG & NEWMAN, P.C.**
Attorneys for Plaintiff, Yuan Mei Corporation

By: /s/ John S. Mairo_____
    John S. Mairo, Esq.
    David E. Sklar, Esq.

Dated: September 18, 2023

## DESIGNATION OF TRIAL COUNSEL

This office hereby designates John S. Mairo, Esq. as trial counsel.

**PORZIO, BROMBERG & NEWMAN, P.C.**
Attorneys for Plaintiff, Yuan Mei Corporation

Dated: September 18, 2023        By: /s/ John S. Mairo_____

    John S. Mairo, Esq.
    David E. Sklar, Esq.

7464236

# EXHIBIT A

**Mairo, John S.**

| | |
|---|---|
| **From:** | Paul Riley Jr. <priley@snowjoe.com> |
| **Sent:** | Saturday, April 1, 2023 11:05 AM |
| **To:** | Chad Huang |
| **Cc:** | Lita Lin; judy w; SJGP |
| **Subject:** | RE: 3/22/2023 Phone Call Meeting recap (correction: actual meeting date was 3/23/2023) |

Hi Chad – to provide an update on these 4 topics:

1. Past Due Invoice List: we confirm the amount outstanding
2. Coming Due Invoice list. All are ok except the two highlighted below. PO's 0032946 and 0035769
   a. For PO 0032946: this was partial shipped. **We are 12K units short. Can you please look into this?**
   b. For PO 0035769 there is a price discrepancy: **PO cost of $15.65 does not match the price in the invoice received. Please update and resend invoice.**

| 2022 | 52 | 1111215-2 | 0032946 | 7/1/2021 | | | | | | Partially Shipped; need Yuan Mei feedback |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0034136 | 11/10/2021 | | | | | | Fully received |
| | | | 0034768 | 1/13/2022 | 198,429.10 | 192,476.23 | 1/7/2023 | 4/7/2023 | | Fully received; invoice not matched |
| | | | 0034769 | 1/13/2022 | | | | | 192,476.23 | Fully received; invoice not matched |
| | | | 0035769 | 4/6/2022 | | | | | | Price Discrepancy; invoice not matched |

3. We agree with the WM/Sam's list based on the fact that you already applied the $500K payment to previous invoices. **However, we need your commitment to ship the WM/Sam's urgent orders asap after our conference call on Monday without additional payment as we had already paid the $500K**
4. SJGP is finalizing review of the other open orders and cancelling what is not needed any more due to delays and current inventory in stock. **A final clean list will be provided by SJGP Monday AM**



**Paul Riley Jr.**
Chief Operating Officer

732-395-8003
732-832-2585
priley@snowjoe.com
221 River Street, 13th Floor, Hoboken, NJ, 07030

*Latest news and product releases*

**From:** Chad Huang <chad.huang@yuanmei.tw>
**Sent:** Friday, March 31, 2023 5:49 AM
**To:** Paul Riley Jr. <priley@snowjoe.com>
**Cc:** Lita Lin <lita.lin@yuanmei.tw>; judy w <judyw@yuanmei.tw>; SJGP <sjgp@snowjoe.com>
**Subject:** Re: 3/22/2023 Phone Call Meeting recap (correction: actual meeting date was 3/23/2023)

**WARNING: This email originates outside of the Snow Joe network. Please forward suspicious emails to IT OPS.**

**DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

1

Hi Paul,

 I sent you "4_ outstanding order list.xlsx " with notes in column I, J, and K  on March 27.  Since then, we have not received any reply regarding the four excel files , but only an email asking for a phone call with Joseph and Gary.
**Please reply to us your current status on the topics.**
**We must have your answer before we can move to anything.**

Re: 3/22/2023 Phone Call Meeting recap



The four excel files:

Thank you.

Best regards,

**Chad Huang**
Sales Manager
+886-4-7775096 ext. 178
+886-919728300
No. 21, Lane 409, Sec. 1, LuHo Rd.,

LuKang, ChangHua, Taiwan R.O.C.

Chad Huang <chad.huang@yuanmei.tw> 於 2023年3月29日 週三 下午8:12寫道:

Hi Paul,

In replying to your "Phone call with Joseph and Gary " email , please recall what we discussed during last Thursday's meeting.





On the phone call meeting last Thursday we discussed that YM must receive confirmation from you that the four excel files ( 1. Past due Invoice list.xlsx, 2_coming due invoice list.xlsx, 3_WM Sam's payment status list.xlsx, and 4_outstanding order list.xlsx) are true and correct , you must also provide us the payment plans for the 1st, 2nd, and 3rd excel file and shipping date for 4th excel file before any shipment arrangement and any further meeting discussion.

The four excel files:



We must make sure both parties are on the same page before moving on to anything.

If you can confirm back to us the four lists, payment plan, and shipping date by Wednesday 03/ 29/2023 your time, then we can schedule to have a Zoom Meeting on Thursday 3/30/2023. If not, you must let us know when you will provide us the confirmation so we can reserve meeting time for a later date.

Thank you.

Best regards,

**Chad Huang**
Sales Manager
+886-4-7775096 ext. 178
+886-919728300
No. 21, Lane 409, Sec. 1, LuHo Rd.,

LuKang, ChangHua, Taiwan R.O.C.

Chad Huang <chad.huang@yuanmei.tw> 於 2023年3月28日 週二 上午8:44寫道：

Hi Paul,

Still not receive the confirmation for mentioned four lists, please confirm.

When receive the confirmation for mentioned four lists, we can arrange the shipment for PO#0036384/0035761/0035762.

Thank you.

4

Best regards,

**Chad Huang**
Sales Manager
+886-4-7775096 ext. 17番
+886-4-9728300
No. 21, Lane 409, Sec. 1, Luffo Rd.,

LuKang, ChangHua, Taiwan R.O.C.

Lita Lin <lita.lin@yuanmei.tw> 於 2023年3月25日 週六 上午10:25寫道:

Hi Paul,

Team is reviewing the list of Open Orders from you regarding to **#4**.

Regarding to the **#1** 📄 1_past due inovice list       (attached),

    A. the latest record SJ team Reconcile is Dec. 29, 2022. as below, $8,470,206.05.

| From | Paul Riley Jr. <priley@snowjoe.com> 🔵 | ↩ Reply | ↩ Reply All | ⌄ | ↪ Forward | 🗄 Archive | 🚫 Junk | 🗑 Delete | More ⌄ | ☆ |
|---|---|---|---|---|---|---|---|---|---|---|
| To | Lita Lin 🔵, Chad Huang <chad.huang@yuanmei.tw> 🔵 | | | | | | | ==12/29/2022== 22:30 | | |
| Cc | Joseph S. Cohen <jcohen@snowjoe.com> 🔵 | | | | | | | | | |
| Subject | **Snow Joe - Yuan Mei Payment Plan** | | | | | | | | | |

Lita and Chad, I tried to organize a call earlier this week to brief you on our situation; however, per your request I am outlining our payment plan below. Note, this was derived using a bottoms-up cash flow forecast with the banking group that we are trying to finalize our new deal with. Trust that we are 100% committed to working down the balance due but the need on our side is time driven by the requirements of the banking group. Here is the plan:

==**Total Open Per Reconciliation:** $8,470,206.05==

    B. after Dec. 29, 2022, there is only one payment made, $500,000.- for the past due invoice informed by SJ team.

5

Theresa Guirnalda <tguirnalda@snowjoe.com> 於 2023年1月11日 週三 下午11:37寫道：

Chad,

Wire transfer dated 01.20.23 in the amount of $500,000.00 should be applied to the following invoices:

| 1110215-2 | 121640.04 |
| 1110311 | 157874.39 |
| 1110316-2 | 86212.05 |
| 1110324-2 | 82703.36 |
| 1110328-1 | 51570.16 |

C. Hence, $8,470,206.05 − $500,000.00 = $7,970,206.05 = the amount in the 1_past due invoice list.



Hope this recap helps SJ team to review the **#1** 1_past due inovice list

Best regards.

Lita Lin  Tel +886-4-7775096  ext. 179 |  lita.lin@yuanmei.tw  |  www.yuanmei.tw
**Yuan Mei Corp.**  | No. 21, Lane 409, Sec. 1, Luhe Rd., LuKang, Chang Hua, Taiwan R.O.C.

On 03/25/2023 05:53, Paul Riley Jr. wrote:

Chad – reducing the audience on the email while we work through reconciliation. For #4, attached is what we have as Open Orders for both Domestic and DI. Please review and let us know why there is such a large discrepancy vs. your list.
I've copied our Procurement team to help work through this reconciliation.

6



**Paul Riley Jr.**
Chief Operating Officer

732-395-8003
732-832-2585
priley@snowjoe.com
221 River Street, 13th Floor, Hoboken, NJ, 07030

*Latest news and product releases*

---

**From:** Chad Huang <chad.huang@yuanmei.tw>
**Sent:** Thursday, March 23, 2023 12:05 PM
**To:** Paul Riley Jr. <priley@snowjoe.com>; Joseph S. Cohen <jcohen@snowjoe.com>; Lita Lin <lita.lin@yuanmei.tw>; Judy <judyw@yuanmei.tw>; Gary Wang <gary.wang@yuanmei.tw>; Grace Liu <grace.liu@yuanmei.tw>
**Subject:** 3/22/2023 Phone Call Meeting recap

**WARNING: This email originates outside of the Snow Joe network. Please forward suspicious emails to IT OPS.**

**DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

---

Hi Paul,


The following are the topics we have discussed during today's phone call meeting( 8:00pm Taiwan Time/ 8:00am New York Time),  We need you to double check and confirm to us that each of the attachment excel files are true and correct.    At the same time you must also provide us with the payment plan for invoices/PO in  all 4 attachment lists.

1. ⬛ X 1_past due inovice list.xlsx  1st attachment is the Past due invoice list :

The amount of $500,000.00 that Snow Joe (SJ) wire-transferred back in Jan 10, 2023 was applied to the  yellow colored invoices # 1110215-2, #1110311, #1110316-2, #1110324-2, and #1110328-1 as the following picture.



Yuan Mei 's financial department already applied $500,000.00 to these yellow colored invoice in the system and cannot be changed.

You must review this "past due invoice list "excel file and double check with your finance team to verify that Snow Joe's (SJ) overdue invoices match the attached file.

**Snow Joe will  review, double check, and reply to confirm.**

**Snow joe will also provide payment plan.**

2. ⬛ X 2_coming due invoice list.xlsx  2nd attachment is the Coming due invoice list:

**Snow Joe will  review, double check with your finance team and reply to confirm that the 2nd  attachment excel file are open invoices due soon.**

8

**Snow Joe will  also provide payment plan**

### 2_coming due invoice list.xlsx

| Year | No. | Invoice No# | PO No. | PO Date | Invoice Amount | Amount after 3% Discount | Date BOL | Payment Due Date | Amount Paid | Amount Open | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Outstanding Payment (not due till Mar. 13, 2023) | | | | | | | | 794,692.78 | |
| 2022 | 52 | 1111215-2 | 0032946 | 2021/7/1 | 198,429.10 | 192,476.23 | 2023/1/7 | 2023/4/7 | | 192,476.23 | |
| | | | 0034136 | 2021/11/10 | | | | | | | |
| | | | 0034768 | 2022/1/13 | | | | | | | |
| | | | 0034769 | 2022/1/13 | | | | | | | |
| | | | 0035769 | 2022/4/6 | | | | | | | |
| 2023 | 53 | 1120112-5 | 0036382 | 2022/7/8 | 484,008.00 | 469,487.76 | 2023/1/21 | 2023/4/21 | | 469,487.76 | |
| | | | 0036386 | 2022/7/8 | | | | | | | |
| | 54 | 1120203 | 0032636 | 2021/6/3 | 65,910.00 | 63,932.70 | 2023/2/9 | 2023/5/10 | | 63,932.70 | |
| | | | 0032411 | 2021/5/17 | | | | | | | |
| | 55 | 1120203-1 | 0032636 | 2021/6/3 | 70,923.80 | 68,796.09 | 2023/2/9 | 2023/5/10 | | 68,796.09 | |
| | | | 0033596 | 2021/9/10 | | | | | | | |

### 3_WM Sam's payment status list.xlsx

3. 3rd attachment is the WalMart/ Sam's payment status list:

As discussed previously that Yuan Mei has already applied  the 01.10.2023 wired transferred amount $500,000.00  to invoices # 1110215-2, #1110311, #1110316-2, and #1110324-2, and #1110328-1.



9

Therefore, the current WM Sam's PO # 36384, #35761, and #35762 in total still have open invoice balance of $ 490,000.00.

**Snow joe will confirmed that the 3rd attachment** `X 3_WM Sam's payment status list.xlsx` **is true and correct.**

**Snow Joe will also provide payment plan.**

| | X 3_WM Sam's payment status list.xlsx | | | | | | | | | | | | 🖨 ⬇ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |

| PO | SKU | Qty | FOB $ | Total Amount | 3% Discount | Subtotal Total after 3% discount | Cash Deduction (supported by YM) | Total after CD | Cash | Cash before shipment | Total Order Cost | Amount paid | Open Amount | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36384 | SJ-OMS16 | 48476 | $8.00 | $387,808.00 | -$11,634.24 | $376,173.76 | -$16,173.76 | $360,000.00 | $290,000.00 | $70,000.00 | $360,000.00 | $118,000.00 | $490,000.00 | 03/22/2023 paid $118,000 |
| 35761 | SJ-OMS18 | 14220 | $9.36 | $133,099.20 | -$3,992.96 | $129,106.22 | -$5,106.22 | $124,000.00 | $100,000.00 | $24,000.00 | $124,000.00 | | | |
| 35762 | SJ-OMS18 | 14220 | $9.36 | $133,099.20 | -$3,992.98 | $129,106.22 | -$5,106.22 | $124,000.00 | $100,000.00 | $24,000.00 | $124,000.00 | | | |

4. `X 4_outstanding order list.xlsx` 4th attachment is the outstanding order waiting to be shipped.

We need you to confirm these outstanding orders are true and correct . Also we need you to give us the real / actual shipping dates for all these outstanding orders.

**Snow Joe will  reply and confirm theses order and shipping date to .**

**\*\*\*Again, we must get your confirmation of all 4 attachments lists and payment plans first, then Yuan Mei will ship WM/SAM's PO#0036384/PO#0035761/PO#0035762 right away\*\*\***

Thank you.

Best regards,

10

**Chad Huang**

Sales Manager

**+886-4-7775096 ext. 178**

**+886-919728300**

No. 21, Lane 409, Sec. 1, LuHo Rd.,

LuKang, ChangHua, Taiwan R.O.C.

**Important Notice: Beware of Cyberfraud**

Recently, there are increased fraudulent activities, including but not limited to e-mail spoofing, utilizing camouflage or fake e-mail address domains. Snow Joe, LLC. will not change any of its banking information through e-mail. All Snow Joe's notification of banking changes will be completed with an official company Letter Of Change Notice. And, You should always call us immediately to verify any such notification's authenticity before proceeding with any changes. In addition, we do not accept any instruction for change of vendor bank without an official letter from You and your bank.

This message contains information proprietary to our company. It is intended to be read only by the individual or entity named above or their designee. Any distribution of this message or the information contained herein without written permission from our company is strictly prohibited. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Important Notice: Beware of Cyberfraud**

Recently, there are increased fraudulent activities, including but not limited to e-mail spoofing, utilizing camouflage or fake e-mail address domains. Snow Joe, LLC. will not change any of its banking information through e-mail. All Snow Joe's notification of banking changes will be completed with an official company Letter Of Change Notice. And, You should always call us immediately to verify any such notification's authenticity before proceeding with any changes. In addition, we do not accept any instruction for change of vendor bank without an official letter from You and your bank.

This message contains information proprietary to our company. It is intended to be read only by the individual or entity named above or their designee. Any distribution of this message or the information contained herein without written permission from our company is strictly prohibited. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT B

**Mairo, John S.**

| | |
|---|---|
| **From:** | Paul Riley Jr. <priley@snowjoe.com> |
| **Sent:** | Friday, April 7, 2023 3:15 PM |
| **To:** | Chad Huang; Lita Lin; Gary Wang (gary.wang@yuanmei.tw) |
| **Cc:** | Joseph S. Cohen |
| **Subject:** | Snow Joe Past Due Plan - Yuan Mei |

Gary, Lita, and Chad,

We appreciate your patience as we worked through the past due plan with our finance team. As you heard from us directly on the call, the situation has been very difficult over the last two years, and our team is working diligently to ensure that we can move forward and grow together in partnership with Yuan Mei in the future. For the past due amount of $7,970,206.05, our proposal is as follows:

- $1.5M as a discount in order to help us liquidate the overstock items such as the AJ-OSPR20, AJ-6PSTB-MAX, AJ-MSSBM, and others. As discussed, we have a very significant amount of overstock inventory that is causing tremendous pressure for us and we must have support to help in this liquidation.

- Remaining balance of $6,470,206 to be paid over 48 months with the payment schedule as follows:
  - Initial payment of $134,796 paid at the signing of the agreement
  - Remaining 47 payments of $134,796 paid monthly starting in July 2023

- All new orders will be paid on time and within terms

Again, we appreciate the great partnership we have, and we trust that after we both deal with this short-term issue, our future opportunity together will be even stronger. Joseph and I look forward to visiting you in person in Taipei in the coming weeks so we can discuss our future business together.

Please let me know your feedback on the above plan, and we are ready to finalize.

Best,

**Paul Riley Jr.**
Chief Operating Officer
_____

732-395-8003
732-832-2585
priley@snowjoe.com
221 River Street, 13th Floor, Hoboken, NJ, 07030

_Latest news and product releases_

**Important Notice: Beware of Cyberfraud**

Recently, there are increased fraudulent activities, including but not limited to e-mail spoofing, utilizing camouflage or fake e-mail address domains. Snow Joe, LLC. will not change any of its banking information through e-mail. All Snow Joe's notification of banking changes will be completed with an official company Letter Of Change Notice. And, You should always call us immediately to verify any such notification's authenticity before proceeding with any changes. In addition, we do not accept any instruction for change of vendor bank without an official letter from You and your bank.

This message contains information proprietary to our company. It is intended to be read only by the individual or entity named above or their designee. Any distribution of this message or the information contained herein without written permission from our company is strictly prohibited. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1

# EXHIBIT C

**Mairo, John S.**

| | |
|---|---|
| From: | Chad Huang <chad.huang@yuanmeitw> |
| Sent: | Tuesday, April 11, 2023 10:23 AM |
| To: | Joseph Cohen; Paul Riley Jr. |
| Cc: | Gary Wang (gary.wang@yuanmeitw); Lita Lin; Grace Liu; judy w |
| Subject: | Re: Snow Joe Past Due Plan - Yuan Mei |
| Attachments: | 1_past due inovice list r1.pdf; 2_coming due invoice list.xlsx |

Hi Joe and Paul,

We have received your payment schedule plan proposals for the **1_past due inovice list r1.pdf** (465 KB) and for the below emails. past due invoice list and for the **2_coming due invoice list.xlsx** (59 KB) coming due invoice list as

The payment schedule plan proposal for **1_past due inovice list r1.pdf** (465 KB) the past due invoice list received on Saturday April 8th 2023:

1



The payment schedule plan proposal for  2_coming due invoice list.xlsx (59 KB)  the coming due invoice list received on Tuesday April 11th 2023:

 **YUAN MEI**

Chad Huang <chad.huang@yuanmei.

**RE: Snow Joe Past Due Plan - Yuan Mei**

2 messages

Paul Riley Jr. <priley@snowjoe.com>                                                                                                                    Tue, Apr 11, 2023 at 9:09
To: Chad Huang <chad.huang@yuanmei.tw>, "Joseph S. Cohen" <jcohen@snowjoe.com>
Cc: "Gary Wang (gary.wang@yuanmei.tw)" <gary.wang@yuanmei.tw>, Lita Lin <lita.lin@yuanmei.tw>, Grace Liu <grace.liu@yuanmei.tw>, judy w <judyw@yuanmei.tw>

Hi Chad – our finance team reviewed the coming due invoices and here is what we can support for a payment schedule for these:

| Year | No. | Invoice No## | PO No. | PO Date | Invoice Amount | Amount after 3% Discount | Date BOL | Payment Due Date | Amount Paid | Amount Open | Notes |
|------|-----|-------------|--------|---------|----------------|--------------------------|----------|-------------------|-------------|-------------|-------|
| | | | | | Total Outstanding Payment (not due till Mar. 13, 2023) | | | | | 794,692.78 | |
| 2022 | 52 | 1111215-2 | 0032946 | 7/1/2021 | 198,429.10 | 192,476.23 | 1/7/2023 | 4/7/2023 | | 192,476.23 | will pay by 4/30 |
| | | | 0034136 | 11/10/2021 | | | | | | | |
| | | | 0034768 | 1/13/2022 | | | | | | | |
| | | | 0034769 | 1/13/2022 | | | | | | | |
| | | | 0035769 | 4/6/2022 | | | | | | | |
| 2023 | 53 | 1120112-5 | 0036382 | 7/8/2022 | 484,008.00 | 469,487.76 | 1/21/2023 | 4/21/2023 | | 469,487.76 | will pay 50% by 5/31 and 50% by 6/30 |
| | | | 0036386 | 7/8/2022 | | | | | | | |
| | 54 | 1120203 | 0032636 | 6/3/2021 | 65,910.00 | 63,932.70 | 2/9/2023 | 5/10/2023 | | 63,932.70 | will pay by 6/30 |
| | 55 | 1120203-1 | 0032411 | 5/17/2021 | 70,923.80 | 68,796.09 | 2/9/2023 | 5/10/2023 | | 68,796.09 | will pay by 6/30 |
| | | | 0032636 | 6/3/2021 | | | | | | | |
| | | | 0033596 | 9/10/2021 | | | | | | | |

Please let us know if there is anything else that is needed prior to confirming shipment on the WMT and Sam's PO's per our meeting.

Thank you,

**Paul Riley Jr.**
Chief Operating Officer

 Joe confirmed the year for the proposed payment schedule plan   **2_coming due invoice list.xlsx** (59 KB) the coming due invoice list is 2023.

3

**⬢ YUAN MEI**

Chad Huang <chad.huang@yuanm

---

### Re: Snow Joe Past Due Plan - Yuan Mei
2 messages

**Joseph S. Cohen** <jcohen@snowjoe.com>                                                    Tue, Apr 11, 2023 at 1?
To: Chad Huang <chad.huang@yuanmei.tw>, "Paul Riley Jr." <priley@snowjoe.com>
Cc: "Gary Wang (gary.wang@yuanmei.tw)" <gary.wang@yuanmei.tw>, Lita Lin <lita.lin@yuanmei.tw>, Grace Liu <grace.liu@yuanmei.tw>, judy w <judyw@yuanmei.tw>

This year Chad, 2023



Joseph Cohen
Chief Executive Officer

📞  732-832-2592
✉️  jcohen@snowjoe.com
📍  221 River Street, 13th Floor, Hoboken, NJ, 07030
🔗  Latest news and product releases

---

**From:** Chad Huang <chad.huang@yuanmei.tw>
**Sent:** Monday, April 10, 2023 11:33:31 PM
**To:** Paul Riley Jr. <priley@snowjoe.com>; Joseph S. Cohen <jcohen@snowjoe.com>
**Cc:** Gary Wang (gary.wang@yuanmei.tw) <gary.wang@yuanmei.tw>; Lita Lin <lita.lin@yuanmei.tw>; Grace Liu <grace.liu@yuanmei.tw>; judy w <judyw@yuanmei.tw>
**Subject:** Re: Snow Joe Past Due Plan - Yuan Mei

**WARNING:** This email originates outside of the Snow Joe network. Please forward suspicious emails to IT OPS.

**DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Hi Joe and Paul,

I received your proposed payment schedule for the  **2_coming due invoice list.xlsx** (59 KI coming due invoice list, but it didn't include the year.
So please revise the payment schedule dates ( Month / Day / Year) to include the year in each invoice.

We have presented and discussed your proposed payment schedule plans with our finance department today.  Our conclusions from this meeting were:

1. Our finance department disagreed and has declined your proposed payment schedule plan (the discount and the monthly instalment) on how you plan to pay the past due amount of $7,970,206.05 in  **1_past due invoice list r1.pdf** (465 KB) the past due invoice list. We need to schedule a video meeting to discuss.

2. Your proposed payment schedule plans for the invoices in  **2_coming due invoice list.xlsx** (59 KB) the coming due invoice list  all have dates exceed the original the payment due dates
In this special situation, we hope we can trust you that you will make timely payment according to your purposed payment dates here.

|  |
|---|
| Payment Due Date |

4

| Year | No. | Invoice No# | PO No. | PO Date | Invoice Amount | Amount after 3% Discount | Date BOL | Payment Due Date | Amount Paid | Amount Open | Notes |
|------|-----|-------------|--------|---------|----------------|--------------------------|----------|------------------|-------------|-------------|-------|
| | | Total Outstanding Payment (not due till Mar. 13, 2023) | | | | | | | | 794,692.78 | |
| 2022 | 52 | 1111215-2 | 0032946 | 7/1/2021 | 198,429.10 | 192,476.23 | 1/7/2023 | 4/7/2023 | | 192,476.23 | will pay by 4/30 |
| | | | 0034136 | 11/10/2021 | | | | | | | |
| | | | 0034768 | 1/13/2022 | | | | | | | |
| | | | 0034769 | 1/13/2022 | | | | | | | |
| | | | 0035769 | 4/6/2022 | | | | | | | |
| 2023 | 53 | 1120112-5 | 0036382 | 7/8/2022 | 484,008.00 | 469,487.76 | 1/21/2023 | 4/21/2023 | | 469,487.76 | will pay 50% by 5/31 and 50% by 6/30 |
| | | | 0036386 | 7/8/2022 | | | | | | | |
| | 54 | 1120203 | 0032636 | 6/3/2021 | 65,910.00 | 63,932.70 | 2/9/2023 | 5/10/2023 | | 63,932.70 | will pay by 6/30 |
| | 55 | 1120203-1 | 0032411 | 5/17/2021 | 70,923.80 | 68,796.09 | 2/9/2023 | 5/10/2023 | | 68,796.09 | will pay by 6/30 |
| | | | 0032636 | 6/3/2021 | | | | | | | |
| | | | 0033596 | 9/10/2021 | | | | | | | |

3.Our finance department has agreed to release the WM/ Sam's PO shipment even though we do not accept your payment schedule plan proposal for the past due invoice List. We received your proposed payment plans , so we will ship PO# 0036384 # 0035761 # 0035762. **1_past due inovice list r1.pdf** (465 KB)

We will need further discussion on Payment schedule plan with Snow Joe for **1_past due inovice list r1.pdf** (465 KB) the past due payment list.

Best regards,

Chad Huang
Sales Manager
+886-4-7775696 ext 178
+886-919728300
No. 21, Lane 409, Sec. 1, LuHe Rd.,

LuKang, ChangHua, Taiwan R.O.C.

# EXHIBIT D



**PORZIO**
**Bromberg & Newman**

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
SAN JUAN, PR • TRENTON, NJ • WESTBOROUGH, MA • WILMINGTON, DE

JOHN S. MAIRO
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4107
E-MAIL ADDRESS: JSMAIRO@PBNLAW.COM

September 1, 2023

**VIA EMAIL AND REGULAR MAIL**
Snow Joe LLC
Attn:    Joseph S. Cohen, CEO (jcohen@snowjoe.com)
         Paul Riley, Jr., CFO (priley@snowjoe.com)
221 River Street, 13th Floor
Hoboken, New Jersey 07030

       Re:  *FINAL Payment Demand and Reservation of Rights*
            File Name:     Yuan Mei Corporation
            Our File No.:   025828.096613

Gentlemen:

       Our office has been retained by Yuan Mei Corporation ("Yuan Mei") to institute legal action seeking money judgment against Snow Joe LLC ("Snow Joe") for $8,337,678.72 (*before* legal interests, fees and costs) stemming from Snow Joe's failure to pay Yuan Mei for goods Snow Joe ordered and accepted from Yuan Mei since 2021 (the "Debt").  While Snow Joe has repeatedly admitted to the accuracy of the Debt and to its underlying indebtedness, Snow Joe has repeatedly broken its promises to make payments (including partial payments) to Yuan Mei despite Yuan Mei's good faith to try to work with Snow Joe and find an amicable solution to resolve the Debt over the past many months.

       Please be advised that a lawsuit seeking recovery of the Debt will be filed against Snow Joe on or about September 18, 2023 (the "Filing Deadline"), unless a full and complete resolution is reached by the parties before September 15, 2023.  Please contact me directly (or have your legal counsel contact me) should Snow Joe wish to discuss a full and final resolution of the Dispute before the Filing Deadline.

       Yuan Mei reserves any and all of its rights.  Please be guided accordingly.

                  Very truly yours,

                  John S. Mairo

ATTORNEYS AT LAW

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ  07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

7452590