James S. Yu (Bar No. 037492000)
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
Email: jyu@seyfarth.com
*Attorneys for Defendant, Weather Brands, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUAN MEI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SNOW JOE, LLC; ALL SEASON POWER, LLC; JOSEPH COHEN; OPE MARKETPLACE LLC; ABC CORP. 1-10; and WEATHER BRANDS LLC,<br><br>Defendants. | Civil Action No. 2:24-cv-07906 |

PLEASE TAKE NOTICE, that on Monday, July 21, 2025, at 9:30 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant, Weather Brands LLC ("Weather Brands"), will move before the Honorable Claire C. Cecchi, United States District Judge, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5B, for an Order granting Weather Brands' Motion to Dismiss the Second Amended Complaint for lack of

318432687v.1

subject matter jurisdiction and/or failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), or in the alternative, to transfer the claims against Weather Brands to the Western District of Texas pursuant to 28 U.S.C. § 1404(a); and

PLEASE TAKE FURTHER NOTICE, that in support of the within motion, Weather Brands shall rely upon the accompanying Declarations of Ken Cayre and James S. Yu and Memorandum of Law submitted herewith in accordance with L. Civ. R. 7.1(b) of the Local Civil Rules of the United States District Court for the District of New Jersey; and

PLEASE TAKE FURTHER NOTICE, that at that time and place aforesaid, Weather Brands will request that the proposed form of Order submitted herewith be entered by the Court.

DATED: June 16, 2025                                          Respectfully submitted,

                                                              SEYFARTH SHAW LLP

                                                              */s/ James S. Yu, Esq.*

                                                              James S. Yu, Esq.
                                                              NJ Bar ID: 037492000
                                                              620 Eighth Avenue
                                                              New York, NY 10018-1405
                                                              Telephone: (212) 218-5500
                                                              Email: jyu@seyfarth.com
                                                              Fax: (212) 218-5526

                                                              *Attorneys for Defendant*
                                                              *Weather Brands LLC*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on June 16, 2025, a true and correct copy of the foregoing Notice of Motion, the accompanying Memorandum of Law, and Declaration of Ken Cayre was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record indicated on the electronic filing receipt.

this 16th day of June, 2025.

*/s/ James S. Yu*
James S. Yu

318432687v.1