Darren C. Barreiro (Bar No. 047911998)
Joseph A. Natale (Bar No. 275622018)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
331 Newman Springs Road
River Centre Building 1, Suite 122
Red Bank, New Jersey 07701
Telephone: (732) 476-2660
Facsimile: (732) 946-7248
Email: dbarreiro@greenbaumlaw.com
        jskoff@greenbaumlaw.com
        jnatale@greenbaumlaw.com

*Attorneys for Defendants All Season Power, LLC,*
*Joseph Cohen, and OPE Marketplace LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUAN MEI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SNOW JOE, LLC; ALL SEASON POWER, LLC; JOSEPH COHEN; OPE MARKETPLACE LLC; ABC CORP. 1-10; and WEATHER BRANDS LLC,<br><br>Defendants. | Civil Action No. 2:24-cv-07906<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

**WHEREAS**, on September 18, 2023, Yuan Mei filed a lawsuit against Snow Joe, LLC in

the Superior Court of New Jersey, Hudson County, Docket No. HUD-L-3324-23 ("Hudson County

3309616054v1

Litigation"), in which Yuan Mei asserted that Snow Joe owed it $8,337,678.72 for goods sold by Yuan Mei to Snow Joe pursuant to a Master Vendor Agreement; and

**WHEREAS,** on July 1, 2024, Yuan Mei filed an Amended Complaint in which it asserted claims against ASP and OPE for Successor Liability and Alter Ego, and a claim of Breach of Fiduciary Duty against Joseph Cohen, and added additional claims against Snow Joe, in the Hudson County Litigation; and

**WHEREAS,** on July 19, 2024, a Notice of Removal of the Hudson County Litigation was filed in the United States District Court, District of New Jersey by Snow Joe, ASP, OPE and Joseph Cohen, and it received Civil Action No. 24-cv-07906 ("District Court Litigation"); and

**WHEREAS,** on July 31, 2024, Snow Joe filed an Amended Answer and a Counterclaim against Yuan Mei in the District Court Litigation alleging Breach of Contract, violation of the New Jersey Trade Secrets Act, Unfair Competition, Unjust Enrichment, and Breach of the Covenant of Good Faith and Fair Dealing; and

**WHEREAS,** on April 4, 2025, following an initial motion to dismiss, Yuan Mei filed a Second Amended Complaint adding Weather Brands as a defendant, and asserting claims of Successor Liability and Alter Ego against Weather Brands; and

**WHEREAS,** on June 16, 2025, a Motion to Dismiss Yuan Mei's Second Amended Complaint was filed by ASP, OPE Joseph Cohen and Weather Brands in the District Court Litigation; and

**WHEREAS,** on July 21, 2025, Yuan Mei filed a Motion to Dismiss Snow Joe's Counterclaim in the District Court Litigation; and

**WHEREAS,** on August 20, 2025, Joseph Cohen filed a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court, District of New Jersey, Case No. 25-18758 ("Cohen Bankruptcy Case"); and

2

**WHEREAS,** on September 25, 2025, Yuan Mei filed a motion to refer the District Court Litigation to the Bankruptcy Court to be heard in conjunction with the Cohen Bankruptcy Case; and

**WHEREAS,** on May 27, 2026, the NJ District Court entered an Order referring the District Court Litigation to the Bankruptcy Court to be heard in conjunction with the Cohen Bankruptcy Case; and

**NOW THEREFORE,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Yuan Mei Corporation and Defendants, by and through their respective counsel of record, hereby stipulate to the dismissal of the claims against Joseph Cohen without prejudice (which will be adjudicated by the Proof of Claim in the Cohen Bankruptcy Case), to the dismissal of all remaining claims and counterclaims against all parties with prejudice, and with the above-captioned action dismissed in its entirety. Each party shall bear its own attorneys' fees and costs.

DATED: June ___, 2026

| | |
|---|---|
| **TROUTMAN, PEPPER LOCKE LLP**<br>Attorney for Plaintiff<br>Yuan Mei Corporation | **GREENBAUM, ROWE, SMITH & DAVIS LLP**<br>Attorneys for Defendants<br>All Season Power, LLC and Joseph Cohen |
| By: _/s/ Joseph DeFazio_<br>　　Joseph M. DeFazio, Esq. | By: _____<br>　　Darren C. Barreiro, Esq. |
| **WINNE, BANTA, BASRALIAN &**<br>**KAHN, P.C.**<br>Attorneys for Snow Joe, LLC | **SEYFARTH SHAW, LLP**<br>Attorneys for Weather Brands, LLC |
| By: _____<br>　　Michael J. Cohen, Esq. | By: _____<br>　　James S. Yu, Esq. |

3

**WHEREAS,** on September 25, 2025, Yuan Mei filed a motion to refer the District Court Litigation to the Bankruptcy Court to be heard in conjunction with the Cohen Bankruptcy Case; and

**WHEREAS,** on May 27, 2026, the NJ District Court entered an Order referring the District Court Litigation to the Bankruptcy Court to be heard in conjunction with the Cohen Bankruptcy Case; and

**NOW THEREFORE,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Yuan Mei Corporation and Defendants, by and through their respective counsel of record, hereby stipulate to the dismissal of the claims against Joseph Cohen without prejudice (which will be adjudicated by the Proof of Claim in the Cohen Bankruptcy Case), to the dismissal of all remaining claims and counterclaims against all parties with prejudice, and with the above-captioned action dismissed in its entirety. Each party shall bear its own attorneys' fees and costs.

DATED: June ___, 2026

**TROUTMAN, PEPPER LOCKE LLP**
Attorney for Plaintiff
Yuan Mei Corporation

By: _/s/ Joseph DeFazio_____
       Joseph M. DeFazio, Esq.

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Attorneys for Defendants
All Season Power, LLC and Joseph Cohen

By: _____
       Darren C. Barreiro, Esq.

**WINNE, BANTA, BASRALIAN & KAHN, P.C.**
Attorneys for Snow Joe, LLC

By: _____
       Michael J. Cohen, Esq.

**SEYFARTH SHAW, LLP**
Attorneys for Weather Brands, LLC

By: _____
       James S. Yu, Esq.

3

WHEREAS, on September 25, 2025, Yuan Mei filed a motion to refer the District Court Litigation to the Bankruptcy Court to be heard in conjunction with the Cohen Bankruptcy Case; and

WHEREAS, on May 27, 2026, the NJ District Court entered an Order referring the District Court Litigation to the Bankruptcy Court to be heard in conjunction with the Cohen Bankruptcy Case; and

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Yuan Mei Corporation and Defendants, by and through their respective counsel of record, hereby stipulate to the dismissal of the claims against Joseph Cohen without prejudice (which will be adjudicated by the Proof of Claim in the Cohen Bankruptcy Case), to the dismissal of all remaining claims and counterclaims against all parties with prejudice, and with the above-captioned action dismissed in its entirety. Each party shall bear its own attorneys' fees and costs.

DATED: June ___, 2026

**TROUTMAN, PEPPER LOCKE LLP**
Attorney for Plaintiff
Yuan Mei Corporation

By: ___/s/ Joseph DeFazio_____
    Joseph M. DeFazio, Esq.

**WINNE, BANTA, BASRALIAN & KAHN, P.C.**
Attorneys for Snow Joe, LLC

By: ___Michael J. Cohen_____
    Michael J. Cohen, Esq.

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Attorneys for Defendants
All Season Power, LLC and Joseph Cohen

By: _____
    Darren C. Barreiro, Esq.

**SEYFARTH SHAW, LLP**
Attorneys for Weather Brands, LLC

By: _____
    James S. Yu, Esq.

3